UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIA OVIEDO,<br><br>                 Plaintiff,<br><br>  vs.<br><br>JORGE BAUTISTA-LOPEZ; CECILIO CUAMANI TULA; JOHN/JANE DOE; ABC CORPORATION; XYZ PARTNERSHIP 1-100; XYZ PARTNERSHIP 101-200,<br><br>                 Defendants. | NO. CV-11-3110-EFS<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING FILE** |

     On January 18, 2012, the Court granted the parties' joint motion to stay this proceeding, staying this matter and requiring the parties to submit a status update within ninety days. ECF No. 9. The Court also reiterated that Plaintiff's counsel Craig J. Hubert must move for, and be granted permission to appear pro hac vice in accord with Local Rule 83.2(c) before filing any documents in this matter.

     On June 7, 2012, no status update having been filed, the Court required Plaintiff's counsel to either 1) successfully move to appear pro hac vice, or 2) show cause why this action should not be dismissed. ECF No. 11. The Court Order cautioned that "**[i]f Plaintiff fails to either file a status report or show cause why this action should not be dismissed within the specific time, Plaintiff will be deemed to have**

ORDER ~ 1

**consented to the dismissal of this action."** *Id*. at 2 (emphasis in original). The Court also directed Plaintiff's counsel Craig J. Hubert to provide a copy of its Order to Mr. Oviedo.

As of this date, Plaintiff has neither moved to appear pro hac vice nor filed a status update as required.

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is **DISMISSED without prejudice** and without an award of costs or fees to either party.

2. All pending trial and hearing dates are **STRICKEN.**

3. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to all counsel.

**DATED** this 25th day of July 2012.

                         s/Edward F. Shea
                         EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2011\3110.dismiss.lc2.wpd

ORDER ~ 2